# Exhibit D

📞 (708) 385-5788   ✉ dispatch@gstransinc.com 



# Contact us



## Need A Reliable Transportation Company?

Call Us At **(708) 385-5788** or email at: dispatch@gstransinc.com

13756 S Kildare Ave, Crestwood, IL 60445

We are a asset base Transportation and Logistics company in Crestwood, IL., proudly owned & operated by the same family for more than 30 years!

Gold Standard Transportation © 2016 - Developed by WeeDooDesign

 Compressed Natural Gas