# Exhibit E

# Silverstar Delivery Opportunity

Silverstar Delivery Ltd
13756 S Kildare Ave
Crestwood, Il. 60445
708-377-4937

**Silverstar Delivery LTD** is looking for qualified individuals with world-class customer service skills to join our team in the following location for unique and fun career opportunities.

**About the Job:** Full Time and Part Time Positions Available Vehicle, Gas, Insurances are all provided by the company W-2, Paid Bi-Weekly, Direct Deposit.

**Location:** Chicago, IL

**Required:** Minimum age is 21, Clean MVR Drug and alcohol screening Background Check

( 1 ) About You     ( 2 ) Driver's License Info     ( 3 ) Employment Record     ( 4 ) Criminal Record

**Name ***

[ First ]  [ Last ]

**Address ***

[ Street Address ]

[ Address Line 2 ]

[ City ]   [ State / Province / Region ]

[ Postal / Zip Code ]   [ Country ]

**How long were you at the address above? ***

[        ]

**Previous Address**

[ Street Address ]

[ Address Line 2 ]

[ City ]   [ State / Province / Region ]

[ ]  [ ]
Postal / Zip Code    Country

Phone Number *
[ ] - [ ] - [ ]
###    ###    ####

Email *
[ ]

Date of Birth *
[ ] / [ ] / [ ]
MM    DD    YYYY

Social Security Number *
[ ]

Emergency Contact Name *
[ ] [ ]
First    Last

Emergency Contact Phone Number *
[ ] - [ ] - [ ]
###    ###    ####

Emergency Contact Address *
[ ]
Street Address

[ ]
Address Line 2

[ ]    [ ]
City    State / Province / Region

[ ]    [ ]
Postal / Zip Code    Country

Education - Where did you go to school? *
[ ]

Are you a military veteran? *
○ Yes

○ No

Which location are you applying for? *

| - select one - ⌄ |