# Exhibit F

Email or Phone | Password | Log In
Sign Up
Forgot account?

**Gold Standard Transportation, Inc.**
May 16, 2016

Silverstar Delivery LTD is looking for qualified individuals with world-class customer service skills to join our team in the following location for unique and fun career opportunities.

About the Job
• Full Time and Part Time Positions Available
• Vehicle, Gas, Insurances are all provided by the company
• W-2, Paid Weekly, Direct Deposit.
• Location: Chicago, IL

Required :
• Minimum age: 21
• Clean MVR
• Drug and alcohol screening
• Background Check

Apply within Monday - Friday 9am to 3pm
13756 S. Kildare Ave
Crestwood, IL 60445

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018

See more of Gold Standard Transportation, Inc. on Facebook

Log In   or   Create New Account