UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MITCHELL WASILEWSKI,**
on behalf of himself and all other persons similarly situated, known and unknown,
    Plaintiff,

vs.

**SILVERSTAR DELIVERY LTD, GOLD STANDARD TRANSPORTATION, INC.**, and **AMAZON.COM, LLC**,
    Defendants.
_____/

Case No: 2:18-cv-12167-AJT-EAS
Hon. Arthur J. Tarnow
Magistrate Judge Elizabeth A. Stafford

| | |
|---|---|
| Bryan Yaldou (P70600)<br>Omar Badr (P70966)<br>LAW OFFICES OF<br>BRYAN YALDOU, PLLC<br>23000 Telegraph, Suite 5<br>Brownstown, MI 48134<br>Phone: (734) 692-9200<br>Fax: (734) 692-9201<br>bryan@yaldoulaw.com<br>*Attorneys for Plaintiff* | Daniel L. Villaire<br>HOWARD & HOWARD<br>450 West Fourth Street,<br>Royal Oak, MI 48067<br>Phone: 248.723.0529<br>Fax: 248.645.1568<br>dlv@h2law.com<br>*Attorney for Defendant Silverstar Delivery LTD and Defendant Gold Standard Transportation, Inc.*<br><br>Stephanie L. Sweitzer (P66376)<br>Meredith E. Riccio<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 W. Wacker Drive, Suite 500<br>Chicago, IL 60601<br>Phone: 312-324-1000<br>Fax: 312-324-1001<br>meredith.riccio@morganlewis.com<br>*Attorneys for Defendant Amazon.com, LLC.* |

1

# **ORDER**

This matter having come before the Court on the Parties' Notice of Stipulated Dismissal, the Court having approved the settlement agreement, and the Court being otherwise duly advised in the premise:

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed without prejudice to convert to a dismissal with prejudice within 60 days of this Order.

**IT IS SO ORDERED.**

Dated: June 18, 2019         s/Arthur J. Tarnow
                             UNITED STATES DISTRICT COURT JUDGE


Stipulated as to form and content:

s/ Bryan Yaldou
Bryan Yaldou (P70600)
LAW OFFICE OF
BRYAN YALDOU, PLLC
23000 Telegraph, Suite 5
Brownstown, MI 48134
Phone: (734) 692-9200
Fax: (734) 692-9201
bryan@yaldoulaw.com
*Attorneys for Plaintiff*

/s Daniel L. Villaire, with consent
Daniel L. Villaire
Howard & Howard

450 West Fourth Street,
Royal Oak, MI 48067
Phone: 248.723.0529
Fax: 248.645.1568
dlv@h2law.com
*Attorney for Defendant Silverstar Delivery LTD and Defendant Gold Standard Transportation, Inc.*

/s Meredith E. Riccio, with consent
Stephanie L. Sweitzer (P66376)
Meredith E. Riccio
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Suite 500
Chicago, IL 60601
Phone: 312-324-1000
Fax: 312-324-1001
meredith.riccio@morganlewis.com
*Attorneys for Defendant Amazon.com, LLC.*